# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-1390

_____

Jerry X. Ellis,                                    *
                                                   *
          Plaintiff-Appellant,                     *
                                                   *
Michael D. Walker; Eddie Gray, Jr.;                *
Shahid Taqwa, also known as John                   *
Smith,                                             *
          Plaintiffs,                              *
                                                   *
                                                   *
     v.                                            *
                                                   *
                                                   *
Larry B. Norris, Director, Arkansas                *
Department of Correction; R. Toney,                *
Arkansas Department of Correction;                 *   Appeal from the United States
Mrs. McQuilliams, Arkansas                         *   District Court for the
Department of Correction; L. Inmon,                *   Eastern District of Arkansas.
Arkansas Department of Correction;                 *
Mrs. Day, Arkansas Department of                   *        [UNPUBLISHED]
Correction; C.A. Collins, Arkansas                 *
Department of Correction; D. Guntharp              *
Arkansas Department of Correction;                 *
B. Butcher, Captain, Arkansas                      *
Department of Correction; V.R.                     *
Robertson, Arkansas Department of                  *
Correction; W.J. Straughn, Captain,                *
Arkansas Department of Correction;                 *
J.L. Williams, Captain, Arkansas                   *
Department of Correction; C.A.                     *
Proctor, Lt., Arkansas Department of               *
Correction; J.W. VIA, Lt., Arkansas                *
Department of Correction; R. Bradley,              *

Sgt., Arkansas Department of
Correction; R. Walz, Sgt., Arkansas
Department of Correction; J. Boyd,
CO-1, Arkansas Department of
Correction; R. Shillings, CO-1,
Arkansas Department of Correction;
A. Singleton, CO-1, Arkansas
Department of Correction; J.
Henderson, CO-1, Arkansas
Department of Correction; J. Lawson,
CO-1, Arkansas Department of
Correction; R. Neal, CO-1, Arkansas
Department of Correction; K. King,
CO-1, Arkansas Department of
Correction; C. Harris, CO-1,
Arkansas Department of Correction;
R. Tisdale, CO-1, Arkansas
Department of Correction; J.
Thompson, CO-1, Arkansas
Department of Correction; L. Smith,
CO-1, Arkansas Department of
Correction; T. Madden, CO-1,
Arkansas Department of Correction; H.
Rainbolt, Arkansas Department of
Correction; C. Patterson, CO-1,
Arkansas Department of Correction; N.
Cartwright, CO-1, Arkansas
Department of Correction; T. Turner,
CO-1, Arkansas Department of
Correction; D. Daniels, CO-1, Arkansas
Department of Correction; M. Leeper,
LPN, Arkansas Department of
Correction; J. Varpen, LPN, Arkansas
Department of Correction; C.L. Cobb,
Lt., Arkansas Department of
Correction; D. Curl, Sgt., Arkansas
Department of Correction; D.

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

Boultinghouse, Sgt., Arkansas Department of Correction; A. Burnett, Sgt., Arkansas Department of Correction; C. Harris, Sgt., Arkansas Department of Correction; C. Beard, CO-1, Arkansas Department of Correction; W. Downs, CO-1, Arkansas Department of Correction; R. Griffin, CO-1, Arkansas Department of Correction; G. Graves, CO-1, Arkansas Department of Correction; K. Mallett, CO-1, Arkansas Department of Correction; G. Moore, CO-1, Arkansas Department of Correction; R. Massey, CO-1, Arkansas Department of Correction; K. Tillman, CO-1, Arkansas Department of Correction; C. McDonald, CO-1, Arkansas Department of Correction; R. Mosby, CO-1, Arkansas Department of Correction; K. Carroll, CO-1, Arkansas Department of Correction; D. Threlkeld, CO-1, Arkansas Department of Correction; J. Harroway, CO-1, Arkansas Department of Correction; A. King, CO-1, Arkansas Department of Correction; T. Webb, CO-1, Arkansas Department of Correction; D. Williams, LPN, Arkansas Department of Correction; Ducote, LPN, Arkansas Department of Correction,

Defendants-Appellees.

-3-

_____

Submitted: July 30, 1998

Filed: August 11, 1998
_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Jerry Ellis appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Mr. Ellis brought this action contending various conditions at the Arkansas Department of Correction's Varner Unit violated the Eighth Amendment's prohibition against cruel and unusual punishment. Construing the allegations liberally, see Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam), we conclude the complaint was properly dismissed because it failed to state a claim, see 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

Despite having been ordered to amend his complaint to clarify how more than fifty defendants upon whom he sought service had violated his constitutional rights, Mr. Ellis failed to allege specific facts supporting any individual defendant's personal involvement or responsibility for the violations. See Martin v. Sargent, 780 F.2d 1334, 1337-38 (8th Cir. 1985); see also Tatum v. Iowa, 822 F.2d 808, 810 (8th Cir. 1987) (per curiam). Mr. Ellis, who was no longer at the Varner Unit and sought only damages, also failed to allege how such conditions as insufficient security at Varner had caused him injury, see Smith v. Arkansas Dep't of Correction, 103 F.3d 637, 643 (8th Cir. 1996); failed to allege specific facts to support other alleged violations, such

---

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

as inadequate medical care, <u>see</u> <u>Martin</u>, 780 F.2d at 1337; and failed to allege that it was he, rather than other prisoners, who was subjected to certain allegedly unconstitutional conditions, <u>see</u> <u>id.</u>

Accordingly, we affirm, amending the district court's judgment to reflect its intention to dismiss the complaint without prejudice.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.